FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA C.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No: 1:26-cv-03070-RLP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 17. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS ORDERED**:

1. The Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

3. On remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the prior administrative medical findings and opinion evidence of record; consider the evidence from nonmedical sources including the claimant's teacher, Ms. Garcia; obtain a case evaluation of the record as a whole by obtaining the testimony of a medical expert regarding the claimant's impairments and his limitations in the various domains of functioning specified in 20 C.F.R. § 416.924a(a); offer the claimant the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's opening brief, **ECF No. 11**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** November 6, 2026.

REBECCA L. PENNELL
United States District Judge